

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Laci Rena Wright,

Vs. No. 11-13-00061-CR

The State of Texas,

* From the 42nd District
Court of Taylor County,
Trial Court No. 24602A.

* September 17, 2015

* Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are reversed, and we render judgments of acquittal on both counts.